IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETHAN POLICASTRO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-4362 |
| | : | |
| KROSS LIEBERMAN & STONE, INC. | : | |

## **ORDER**

AND NOW, this 10th day of December, 2019, the Court having directed Plaintiff Ethan Policastro on multiple occasions to seek entry of Defendant Kross Lieberman & Stone Inc.'s default from the Clerk of Court pursuant to Federal Rule of Civil Procedure 55(a) and to apply for entry of judgment thereon pursuant to Rule 55(b), Policastro having failed to do so, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the above-captioned case is DISMISSED for failure to prosecute.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.